UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE THOMAS,<br><br>         Petitioner,<br>vs.<br><br>ROBERT J. HERNANDEZ (WARDEN),<br><br>         Respondent. | Case No. CV 08-0895-ODW(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

     IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the First Amended Petition and action without prejudice.

//

//

1    This Court finds an appeal would not be taken in good faith,
2 and that petitioner has not made a substantial showing that he has
3 been denied a constitutional right and that this Court was not
4 correct in its procedural rulings, for the reasons set forth in the
5 Report and Recommendation, and accordingly, a certificate of
6 appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed.
7 R. App. P. 22(b).  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct.
8 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Olvera v. Giurbino</u>, 371 F.3d
9 569 (9th Cir. 2004).

11    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
12 Order and the Magistrate Judge's Report and Recommendation by the
13 United States mail on petitioner.

15 DATED: September 2, 2010

                          _____
                               OTIS D. WRIGHT II
                          UNITED STATES DISTRICT JUDGE

18 R&Rs\08-0895.ado2
   8/12/10

2