UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE THOMAS,<br><br>           Petitioner,<br><br>vs.<br><br>ROBERT J. HERNANDEZ (WARDEN),<br><br>           Respondent. | Case No. CV 08-0895-ODW(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the First Amended Petition and action are dismissed without prejudice.

DATE: September 2, 2010

*/s/ Otis D. Wright II*

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

R&R\08-0895.jud
7/19/10